Submitted on record and briefs December 6, 2005, sentences vacated; remanded for resentencing; otherwise affirmed May 3, 2006

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM ERVIN VERHEIN,
*Appellant.*

20-03-10020; A122638

134 P3d 1112

Andrew S. Chilton and Chilton, Ebbett & Rohr, LLC, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Brewer, Chief Judge, and Edmonds,* Judge.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Ramirez,* 205 Or App 113, 133 P3d 343 (2006).

---

* Edmonds, J., *vice* Ceniceros, S. J.